AO-91
(Rev. 12/53)

Complaint

# United States District Court
## FOR THE
## SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

Magistrate's Docket No. B-81 15261

UNITED STATES OF AMERICA

v

Carmen GONZALEZ-Orantes

Age: 24

Case No.

COMPLAINT for VIOLATION of

U.S.C. Title 8

Section 1325

BEFORE __William M. Mallet__, __Brownsville, Texas__,
Name of Magistrate              Address of Magistrate

The undersigned complainant being duly sworn states:

That on or about June 19, , 19 81, at near Brownsville, Texas

in the

Southern District of Texas

(1) Carmen GONZALEZ-Orantes

did (2) wilfully, knowingly and unlawfully enter the United States at a place not designated by Immigration Officials;

And the complainant states that this complaint is based on **information furnished by the DEFENDANT and investigation;**

And the complainant further states that he believes that **the arresting officers and the complainant** are material witnesses in relation to this charge.

_____
Signature of Complainant.

CRIMINAL INVESTIGATOR
Official Title.

Sworn to before me, and subscribed in my presence, June 22, , 19 81.

_____
William M. Mallet, United States Magistrate.

(1) Insert name of accused.
(2) Insert statement of the essential facts constituting the offense charged

FPI-LOM-11-78-100M 1800